IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRACY CONDRON,

        Plaintiff,

    v.

WARREN ROBERTS, JOSEPH BUGHER,
S. WHITBREAD, and MICHELLE DAVIES,

        Defendants.

Case No. 6:24-cv-02116-SB

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Beckerman issued a Findings and Recommendation on May 29, 2026, ECF No. 52, in which she recommends that this Court deny Plaintiff's Motion for Leave to File Second Amended Complaint, ECF No. 46. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 57. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that

1 – ORDER

portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [52]. Therefore, Plaintiff's Motion for Leave to Amend [46] is DENIED.

IT IS SO ORDERED.

DATED this 7th day of August, 2026.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER